

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00143-CR

| | | |
|---|---|---|
| EX PARTE TREVOR ROYCE SELLS | § | On Appeal from the 78th District Court |
| | § | of Wichita County (DC78-CV2020-1864) |
| | § | December 23, 2020 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth          
      Chief Justice Bonnie Sudderth